IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| WILLEEN KELLEY,            )<br>                            )<br>        Plaintiff,   )<br>V.                          )<br>                            )<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY,          )<br>                            )<br>        Defendant.   )<br>_____) | Civil Action No. 1:05cv1012 |

### ORDER

     This matter comes before the Court on a final pretrial conference.  It appearing to the Court that the parties' failed to attend, it is hereby

    ORDERED that the parties' within ten (10) days from the date of this order, show cause as to why this case should not be dismissed.

                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20, 2006